United States District Court
Southern District of Texas

**ENTERED**

June 14, 2017

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ME2 Productions, Inc., | § § § § § | |
| *Plaintiff,* | § | |
| v. | § | Case No. ___4:17-cv-1212___ |
| Does 1–12, anonymous BitTorrent users participating in file-sharing swarm identified by hash ending in EB69, | § § § § | Jury |
| *Defendants.* | § § § | |

### ORDER OF DISIMSSAL

The Court has considered Plaintiff's NOTICE OF DISMISSAL OF DEFENDANT DOE 1. The Court hereby dismisses Doe 1 with prejudice with respect to all claims and causes of action in this litigation asserted against Doe 1, with each party to bear its own costs.

It is so Ordered this __14TH__ day of June 2017.

Ewing Werlein, Jr.
UNITED STATES DISTRICT JUDGE