IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ME2 Productions, Inc., § § *Plaintiff,* § § v. § § Does 1–12, anonymous BitTorrent § users participating in file-sharing § swarm identified by hash ending in § EB69, § § *Defendants*. § § | Case No.   4:17-cv-1212  Jury | |

NOTICE OF DISIMISSAL OF DEFENDANT DOE NO. 11

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiff files this notice of dismissal of Doe Number 11, who is identified with internet protocol ("IP") address 98.201.142.181.

1. Plaintiff is ME2 Productions, Inc. On April 18, 2017, Plaintiff filed suit against several Doe defendants.

2. Doe 11, who is subject to this notice of dismissal, is referred to in the complaint and any amended complaints ("the Complaint") as "Doe 11."

3. Plaintiff moves to dismiss the suit against Doe 11.

4. Doe 11 has not been served with the Complaint in this action. Doe 11 has neither answered nor moved for summary judgment.

5. This case is not a class action under FED. R. CIV. P. 23, a derivative action under Rule 23.1 or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal or the case. Nevertheless, Plaintiff is contemporaneously submitting a proposed order for dismissal.

8. The IP Subscriber for the above IP address has agreed to take steps to prevent use of the IP Subscriber's internet account for any alleged infringing activity by putting a password on the WiFi and discussing appropriate internet usage with any users of the of the IP Subscriber's WiFi.

9. The IP Subscriber for the above IP address has confirmed that no unauthorized copies or parts thereof of Plaintiff's Motion Picture are in the IP Subscriber's possession or subject to the IP Subscriber's control.

10. The IP Subscriber has paid Plaintiff a monetary sum.

11. The IP Subscriber has agreed that each Party shall be responsible for their own fees and costs.

12. The dismissal of Doe 11 is WITH PREJUDICE.

Dated:   June 17, 2017	Respectfully submitted,
	s/ Gary J. Fischman
	Gary J. Fischman – Attorney in Charge

	Tex. State Bar No. 787469
	S.D. Tex. Bar No. 17126

	FISCHMAN LAW PLLC
	710 N. Post Oak Rd. Suite 105
	Houston, TX 77024–3808
	Tel: 713.900.4924
	fischman@fischmaniplaw.com

	Attorney for Plaintiff,
	ME2 Productions, Inc.

CERTIFICATE OF SERVICE

As the true identities of the defendants are unknown, service is not possible.

	*s/Gary J. Fischman*
	Gary J. Fischman